# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-15-00352-CV
_____

**ANGELA OSORE, INDIVIDUALLY AND ON BEHALF OF B.W., B.E. AND Q.H., Appellant**

**V.**

**LILY REED, WILLIAM WATSON AND WATSON ENTERPRISES, Appellees**

**On Appeal from the 258th District Court**
**Polk County, Texas**
**Trial Cause No. CIV28799A**

## ORDER

On August 3, 2015, the trial court severed its order granting summary judgment in favor of Lily Reed, William Watson and Watson Enterprises into trial court cause number CIV28799A. On August 10, 2015, Angela Osore, acting individually and on behalf of B.W., B.E. and Q.H., filed a notice of appeal and a declaration of inability to pay costs. On September 15, 2015, Osore filed a motion with the trial court asking to appeal without prepayment of costs. The trial court

1

denied the motion without a hearing on September 18, 2015. The clerk's record was filed in the Court of Appeals on November 3, 2015.

On December 9, 2015, Osore filed a motion for appellate review of the trial court's order denying her indigent status. Osore did not file the motion within ten days after the trial court signed the order, but in her motion she explains that she did not receive notice that the order had been signed until the time for filing a motion for review had expired. Under these circumstances, a motion for extension of time to file a motion for review is necessarily implied. The appellees, Lily Reed, William Watson and Watson Enterprises, filed a response in which they suggest that no reporter's record is necessary because no oral testimony was received at the hearing on the motion for summary judgment.

It is, therefore, ORDERED that the Court hereby grants a motion for extension of time to file a motion for review of the trial court's order denying leave to proceed without prepayment of costs. *See* Tex. R. App. P. 20.1(j)(2). The motion is deemed filed on December 10, 2015. *See* Tex. R. App. P. 9.2(c)(4)(B). If a reporter's record of an indigence hearing was recorded, a record of the hearing must be filed with the Court of Appeals by December 14, 2015. *See* Tex. R. App. P. 20.1(j)(3). Although not required, the appellee, the trial court clerk, and the court reporter may file a response to the merits of the appellant's motion for review

2

of the trial court's order denying leave to proceed without prepayment of costs. Unless this Court denies the appellant's motion, the appellant's motion challenging the trial court's order shall be granted by operation of law on December 21, 2015, and the reporter's record will be due January 20, 2015. *See* Tex. R. App. P. 20.1(j)(4).

ORDER ENTERED December 10, 2015.

PER CURIAM

Before Kreger, Horton, and Johnson, JJ.